UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON



IN RE:

1528 7th Avenue                  CASE NO. 3:18-mj-00028
Huntington, West Virginia

## O R D E R

Upon consideration of the United States Motion to Unseal, it is hereby

**ORDERED** that the Application and Affidavit for a Search Warrant, the Search Warrant, Return and all attachments thereto in this case be unsealed.

ENTER: April 20, 2018

_____
HONORABLE CHERYL A. EIFERT
United States Magistrate Judge